IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00361-AP

Lori Barger,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Stephanie J. Stevenson
The Law Office of Stephanie J. Stevenson, P.C.
1526 W. Colorado Ave.
Colorado Springs, CO 80904
719.475.9100
719.475.9102 (fax)
sjs@sjspc.net

For Defendant:

Sandra Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** February 22, 2009

    B.    **Date Complaint was Served on U.S. Attorney's Office**: April 30, 2009

    C.    **Date Answer and Administrative Record Were Filed:** July 1, 2009

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does she intend to submit any additional evidence.

6.    **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7.    **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

8.    **BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief**: September 10, 2009

    B.    **Response Brief due:** October 10, 2009

    C.    **Reply Brief due:** October 25, 2009

9.    **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** The Plaintiff does not request oral argument.

    B.    **Defendant's Statement:**  The Defendant does not request oral argument.

10.   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **(  )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.    OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 22nd  day of July, 2009

BY THE COURT:

***<u>s/John L. Kane</u>***
U.S. DISTRICT COURT JUDGE

APPROVED:

/s Stephanie J. Stevenson
Stepahanie J. Stevenson
The Law Office of Stephanie J. Stevenson,
P.C.
1526 W. Colorado Ave.
Colorado Springs, CO 80904
719.475.9100
719.475.9102 (fax)
sjs@sjspc.net

Attorney for Plaintiff

DAVID M. GAOUETTE
mailto:debra.meachum@ssa.gov;
mailto:d_meachum@hotmail.com
Acting United States Attorney
mailto:kurt.bohn@usdoj.gov
mailto:tonkraus@ssa.gov
KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

/s Sandra T.Krider
Sandra T. Krider
Special Assistant United States
Attorney
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

Attorneys for Defendant