IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-361-AP**

**LORI BARGER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Plaintiff's Unopposed Motion to Dismiss (doc. #12), filed September 2, 2009, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED**.

Dated:  September 3, 2009

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT